Andrew G. Deiss (USB 7184)
Wes Felix (USB 6539)
Matthew M. Kaufmann (USB 14421)
DEISS LAW PC
10 West 100 South, Suite 425
Salt Lake City, UT 84101
Tel: 801-433-0226
adeiss@deisslaw.com
wfelix@deisslaw.com
mkaufmann@deisslaw.com
*Attorneys for Receiver, Maria E. Windham*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MARIA E. WINDHAM, as Receiver for MARQUIS PROPERTIES, LLC, et al,<br><br>Plaintiff,<br><br>vs.<br><br>REAL ESTATE INVESTOR SUPPORT, LLC, a Nevada limited liability company, THE COACHING COMPANY, LLC, a Utah limited liability company, REAL ESTATE INVESTOR EDUCATION, LLC, a Nevada limited liability company, AARON OSMOND, an individual, BLUE TECH, LLC, a Utah limited liability company, JACOB ALDEN UNDERHILL, an individual,<br><br>Defendants. | **NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANTS THE COACHING COMPANY, LLC, BLUE TECH, LLC, AND JACOB ALDEN UNDERHILL**<br><br>Case No. 2:18-cv-00059-HCN-EJF<br><br>Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Evelyn J. Furse |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Court's Order Setting Deadlines, [Dkt. No. 24,] Plaintiff hereby voluntarily dismisses the claims asserted in the Complaint against Defendants The Coaching Company, LLC, Blue Tech, LLC, and Jacob Alden Underhill.  [*See generally* Dkt. No. 2.]  These three defendants have not been served with

the Complaint or Summons, and none of them have served an answer or motion for summary judgment.  *See generally* Fed. R. Civ. P. 41(a)(1)(A)(i).

DATED this 20th day of August, 2019.

/s/ *Matthew M. Kaufmann*
Andrew G. Deiss
Wesley D. Felix
Matthew M. Kaufmann
*Counsel for Receiver, Maria E. Windham*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of August, 2019, I caused a true and correct copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANTS THE COACHING COMPANY, LLC, BLUE TECH, LLC, AND JACOB ALDEN UNDERHILL** to be served as follows:

*Via U.S. Mail*
Real Estate Investor Support, LLC
c/o Aaron Osmond, Manager and Registered Agent
10421 South Jordan Gateway
Ste 100
South Jordan, UT 84095

*Via the U.S. District Court Electronic Case Filing System*
Mark E. Hindley
mark.hindley@stoel.com
STOEL RIVES LLP
201 S Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone: (801) 328-3131
Facsimile: (801) 578-6999
*Counsel for Defendant Aaron Osmond*

By: *Matthew M. Kaufmann*