Andrew G. Deiss (USB 7184)
Wes Felix (USB 6539)
Matthew M. Kaufmann (USB 14421)
DEISS LAW PC
10 West 100 South, Suite 425
Salt Lake City, UT 84101
Tel: 801-433-0226
adeiss@deisslaw.com
wfelix@deisslaw.com
mkaufmann@deisslaw.com
*Attorneys for Receiver, Maria E. Windham*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| MARIA E. WINDHAM, as Receiver for MARQUIS PROPERTIES, LLC, et al, <br><br> Plaintiff, <br><br> vs. <br><br> REAL ESTATE INVESTOR SUPPORT, LLC, a Nevada limited liability company, THE COACHING COMPANY, LLC, a Utah limited liability company, REAL ESTATE INVESTOR EDUCATION, LLC, a Nevada limited liability company, AARON OSMOND, an individual, BLUE TECH, LLC, a Utah limited liability company, JACOB ALDEN UNDERHILL, an individual, <br><br> Defendants. | **NOTICE OF VOLUNTARY DISMISSAL OF ALL REMAINING CLAIMS** <br><br> Case No. 2:18-cv-00059-HCN-EJF <br><br> Judge Howard C. Nielson, Jr. <br><br> Magistrate Judge Evelyn J. Furse |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses all remaining claims asserted in the Complaint. Plaintiff previously dismissed all claims against Defendant The Coaching Company, LLC, Defendant Blue Tech, LLC, and Defendant Jacob Alden Underhill. [*See generally* Notice of Voluntary Dismissal as to Defendants the Coaching Company, LLC, Blue Tech, LLC, and Jacob Alden Underhill, Dkt. No.

25.] With this Notice, Plaintiff voluntarily dismisses all remaining claims against all remaining defendants, including all claims against Defendant Real Estate Investor Support, LLC, Defendant Real Estate Investor Education, LLC, and Defendant Aaron Osmond. None of these three defendants have served an answer or a motion for summary judgment. *See generally* Fed. R. Civ. P. 41(a)(1)(A)(i).

DATED this 22nd day of August, 2019.

/s/ *Matthew M. Kaufmann*
Andrew G. Deiss
Wesley D. Felix
Matthew M. Kaufmann
*Counsel for Receiver, Maria E. Windham*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of August, 2019, I caused a true and correct copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL OF ALL REMAINING CLAIMS** to be served as follows:

*Via U.S. Mail*
Real Estate Investor Support, LLC
c/o Aaron Osmond, Manager and Registered Agent
10421 South Jordan Gateway
Ste 100
South Jordan, UT 84095

*Via the U.S. District Court Electronic Case Filing System*
Mark E. Hindley
mark.hindley@stoel.com
STOEL RIVES LLP
201 S Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone: (801) 328-3131
Facsimile: (801) 578-6999
*Counsel for Defendant Aaron Osmond*

By: *Matthew M. Kaufmann*